|    |    |
|----|----|
| 1  |    |
| 2  | NORTHERN DISTRICT OF CALIFORNIA |
| 3  | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 12-cr-00509 MMC |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE |
| v. | ) ) | CHANGE OF PLEA HEARING DATE TO NOVEMBER 14, 2012 AND TO |
| MARKQUELL CAIN | ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date:      October 24, 2012<br>Time:      2:15 p.m.<br>Court:     Hon. Maxine C. Chesney |

The parties jointly requested that the change of plea hearing in this matter be continued from October 24, 2012 to November 14, 2012, and that time be excluded under the Speedy Trial Act between October 24, 2012 and November 14, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The parties are in the midst of final plea discussion in order that a resolution to this case can be reached.  Further, defense counsel is reviewing discovery.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the change of plea hearing in this matter is continued from October 24, 2012 to November 14, 2012 at 2:15 p.m., and that time between October 24, 2012 and November 14, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:  October 23, 2012

_____
HON. MAXINE C. CHESNEY
United States District Judge

STIPULATION AND REQUEST TO CONTINUE CHANGE OF PLEA
CR 12-00509 MMC                                                                                                              3