1  MARK GOLDROSEN, Bar No 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3
   TEL: (415) 565-9600
4  FAX: (415) 565-9601

5  Attorney for Defendant
   MARKQUELL CAIN
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO VENUE

10
   UNITED STATES OF AMERICA,        )   NO. CR-12-0509-1 MMC
11                                  )
            Plaintiff,               )
12                                  )
   vs.                              )   [PROPOSED] ORDER
13                                  )
   MARKQUELL CAIN,                  )
14                                  )
            Defendant.               )
15                                  )
                                    )
16                                  )
                                    )
17 _____  )

18      Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

19 ORDERED that the date for sentencing and entry of judgment is continued to March 20, 2013, at

20 2:15 p.m.

21

22 DATED: January 10, 2013                    _____
                                              HON. MAXINE CHESNEY
23                                            United States District Judge